**Order entered May 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00396-CR

### EX PARTE STEPHEN MATTHEW POLITO

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80376-2012**

## ORDER

Appellant's May 12, 2016 motion for extension of time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **May 20, 2016**.

The time to file the State's brief is **EXTENDED** to **June 10, 2016**.


/s/        LANA MYERS
           JUSTICE